### ROUBAY v. WARDEN, United States Penitentiary McNeil Island.

Circuit Court of Appeals, Ninth Circuit.

Dec. 17, 1942.

Paul B. Roubay, in pro. per., for appellant.

No other appearances were entered.

Before GARRECHT, DENMAN, and STEPHENS, Circuit Judges.

DENMAN, Circuit Judge.

Petitioner seeks from this court a writ of habeas corpus addressed to the Warden, United States Penitentiary McNeil Island, Washington. The circuit court of appeals has no power to issue writs other than in aid of its appellate jurisdiction. Jud.Code, § 262, 28 U.S.C.A. § 377. In no way can the writ sought by petitioner aid that jurisdiction.

Petition denied.